IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

LINDA F. BURCH                                                             PLAINTIFF

                    v.                         Civil No. 04-3047

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                          DEFENDANT

## **JUDGMENT**

On this 10th day of May, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Frederick S. "Rick" Spencer, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $647.52 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                                    /s/Bobby E. Shepherd
                                                                    Honorable Bobby E. Shepherd
                                                                    United States Magistrate Judge